UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINGOS S. MARTINS DE MELO and
NUVIANA LEBOWITZ, *individually and on
behalf of others similarly situated,*

                           *Plaintiffs,*

                -against-

JOHN L. LOEB, JR. ASSOCIATES, INC.
(D/B/A JOHN L. LOEB JR.), JOHN
LANGELOTH LOEB JR., and SHARON
HANDLER LOEB,

                           *Defendants.*
------------------------------------------------------------X

Case 1:19-cv-08872-RA

**STIPLUATION AND ORDER
EXTENDING TIME TO RESPOND
TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that Defendants hereby waive any defenses or objections as to personal jurisdiction, service and/or sufficiency of process with regard to the Complaint, and consent to the personal jurisdiction of this Court and appear in the instant action and the time within which Defendants may move, answer, or otherwise respond to the Complaint is hereby extended up to and including January 3, 2020. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses, except as to personal jurisdiction, service and/or sufficiency of process of the Complaint.

Dated: New York, New York
         December 5, 2019

| LAW OFFICE OF MICHAEL<br>GRENERT, PLLC | MICHAEL FAILLACE & ASSOCIATES,<br>P.C. |
|---|---|
| By: *(signed)* Michael E. Grenert<br>Michael E. Grenert<br>214 West 29th St.<br>2nd Floor<br>New York, NY 10001<br>Tel.: (917) 553-2050<br>Fax: (917) 725-8525<br>*Counsel for Defendants* | By: *(signed)* Finn Dusenbery<br>Finn W. Dusenbery<br>60 East 42nd Street, Suite 4510<br>New York, New York 10165<br>Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620<br>*Attorneys for Plaintiff* |

SO ORDERED:

_____
Hon. Ronnie Abrams
United States District Judge