USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO S. MARTINS DE MELO, *individually and on behalf of others similarly situated*; NUVIANA LEBOWITZ, *individually and on behalf of others similarly situated*,

Plaintiffs,

v.

JOHN L. LOEB, JR. ASSOCIATES, INC., *doing business as* JOHN L. LOEB JR.; JOHN LANGELOTH LOEB JR.; SHARON HANDLER LOEB,

Defendants.

19-CV-8872 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 6, 2019, the parties agreed to extend Defendants' time to respond to the complaint until January 3, 2020. *See* Dkt. 13. To date, however, Defendants have not appeared or responded to the complaint.

Accordingly, no later than January 27, 2020, Defendants shall file their response to the complaint. In the event that Defendants do not do so, Plaintiffs shall inform the Court whether they intend to move for a default judgment.

SO ORDERED.

Dated:  January 21, 2020
        New York, New York

Ronnie Abrams
United States District Judge