```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINGOS S. MARTINS DE MELO, *individually and on behalf of others similarly situated*; NUVIANA LEBOWITZ, *individually and on behalf of others similarly situated*,

                Plaintiffs,

v.

JOHN L. LOEB, JR. ASSOCIATES, INC., *doing business as* JOHN L. LOEB JR. *et al.*,

                Defendants.

19-CV-8872 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 31, 2020, this action was referred to mediation. *See* Dkt. 19. Since then, mediation has been scheduled several times but never taken place. The most recent mediation was scheduled to take place on June 11, 2020. The parties, however, have not updated the Court on the result of that mediation or explained why mediation continues to be cancelled and rescheduled. Accordingly, no later than June 23, 2020, the parties shall file a joint letter updating the Court on the status of their mediation efforts, as well as this action more generally.

SO ORDERED.

Dated:    June 19, 2020
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge