**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

DOMINGOS S. MARTINS DE MELO and
NUVIANA LEBOWITZ, *individually and on behalf of others similarly situated*,

                 *Plaintiffs*,

-against-

JOHN L. LOEB, JR. ASSOCIATES, INC. (D/B/A JOHN L. LOEB JR.), JOHN LANGELOTH LOEB JR. , and SHARON HANDLER LOEB ,

                 *Defendants*.
-----------------------------------------------------------X

19-cv-08872-JPC-OTW

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

      Plaintiffs DOMINGOS S. MARTINS DE MELO and NUVIANA LEBOWITZ, through their undersigned counsel, hereby notify the Court that on or about November 30, 2020, said Plaintiffs accepted Defendants' Offers of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offers of Judgment; (b) Plaintiffs' said Notices of Acceptance of said Offer of Judgment; and (c) Proofs of Service of said Notices of Acceptance.

      Dated: December 1, 2020.

                                                /s/ Clela Errington
                                                Clela Errington, Esq.
                                                Michael Faillace & Associates PC
                                                60 East 42nd Street, Ste. 4510
                                                New York, New York 10165
                                                Tel: (212) 317-1200
                                                Email: cerrington@faillacelaw.com
                                                *Counsel for Plaintiffs*