UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DOMINGOS S. MARTINS DE MELO and
NUVIANA LEBOWITZ, *individually and on behalf of others similarly situated*,

19-cv-08872-JPC-OTW

*Plaintiffs*,

-against-

JOHN L. LOEB, JR. ASSOCIATES, INC. (D/B/A JOHN L. LOEB JR.), JOHN LANGELOTH LOEB JR. , and SHARON HANDLER LOEB ,

*Defendants.*

-------------------------------------------------------X

### AFFIRMATION OF SERVICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

CLELA ERRINGTON, an attorney licensed to practice in this state and before this Court, affirms as follows:

On November 30, 2020, I served Plaintiffs Domingos S. Martins de Melo's Acceptance of the Offer of Judgment of Defendants John L. Loeb, Jr. Associates, Inc. (d/b/a John L. Loeb Jr.), John Langeloth Loeb Kr., and Sharon Handler Loeb (collectively, "Defendants") in the amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00) pursuant to Rule 68 of the Federal Rules of Civil Procedure upon said Defendants, by sending a copy of said acceptance via electronic mail to said Defendants' counsel of record at mgrenert@grenertlaw.com.

Dated: December 1, 2020

/s/ Clela Errington
CLELA ERRINGTON, ESQ.
Michael Faillace & Associates, PC
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DOMINGOS S. MARTINS DE MELO and
NUVIANA LEBOWITZ, *individually and on behalf of others similarly situated,*

                    *Plaintiffs*,

-against-

JOHN L. LOEB, JR. ASSOCIATES, INC. (D/B/A JOHN L. LOEB JR.), JOHN LANGELOTH LOEB JR. , and SHARON HANDLER LOEB ,

                    *Defendants.*

-------------------------------------------------------X

19-cv-08872-JPC-OTW

## AFFIRMATION OF SERVICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

CLELA ERRINGTON, an attorney licensed to practice in this state and before this Court, affirms as follows:

On November 30, 2020, I served Plaintiffs Nuviana Lebowitz's Acceptance of the Offer of Judgment of Defendants John L. Loeb, Jr. Associates, Inc. (d/b/a John L. Loeb Jr.), John Langeloth Loeb Kr., and Sharon Handler Loeb (collectively, "Defendants") in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00) pursuant to Rule 68 of the Federal Rules of Civil Procedure upon said Defendants, by sending a copy of said acceptance via electronic mail to said Defendants' counsel of record at mgrenert@grenertlaw.com.

Dated: December 1, 2020

                                          /s/ Clela Errington
                                          CLELA ERRINGTON, ESQ.
                                          Michael Faillace & Associates, PC
                                          *Counsel for Plaintiffs*