**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

DOMINGOS S. MARTINS DE MELO and
NUVIANA LEBOWITZ, *individually and on*
*behalf of others similarly situated,*

19-cv-08872-JPC-OTW

**(PROPOSED JUDGMENT)**

                            *Plaintiffs*,

            -against-

JOHN L. LOEB, JR. ASSOCIATES, INC.
(D/B/A JOHN L. LOEB JR.), JOHN
LANGELOTH LOEB JR. , and SHARON
HANDLER LOEB ,

                            *Defendants.*
--------------------------------------------------------X

WHEREAS on or about November 18, 2020, Defendants JOHN L. LOEB, JR.
ASSOCIATES, INC.  (D/B/A JOHN L. LOEB JR.), JOHN LANGELOTH LOEB JR., and
SHARON HANDLER LOEB extended to Plaintiff DOMINGOS S. MARTINS DE MELO an
Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of
two hundred thousand dollars and zero cents ($200,000.00);

WHEREAS on or about November 18, 2020, Defendants JOHN L. LOEB, JR.
ASSOCIATES, INC.  (D/B/A JOHN L. LOEB JR.), JOHN LANGELOTH LOEB JR., and
SHARON HANDLER LOEB extended to Plaintiff NUVIANA LEBOWITZ an Offer of Judgment
pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of twenty-five thousand
dollars and zero cents ($25,000.00);

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the
amount of two hundred twenty-five thousand dollars and zero cents ($225,000.00) to consist of

two hundred thousand dollars ($200,000.00) for Plaintiff Domingos S. Martins De Melo and twenty-five thousand dollars ($25,000.00) for Plaintiff Nuviana Lebowitz.

Dated: December _____, 2020

New York, New York

_____

JOHN P. CRONAN, U.S.D.J.