USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/14/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

DOMINGOS S. MARTINS DE MELO and
NUVIANA LEBOWITZ, *individually and on*
*behalf of others similarly situated,*

19-cv-08872-JPC-OTW

**JUDGMENT**

                             *Plaintiffs*,

             -against-

JOHN L. LOEB, JR. ASSOCIATES, INC.
(D/B/A JOHN L. LOEB JR.), JOHN
LANGELOTH LOEB JR. , and SHARON
HANDLER LOEB ,

                             *Defendants.*
-----------------------------------------------------------X

WHEREAS on or about November 18, 2020, Defendants JOHN L. LOEB, JR. ASSOCIATES, INC.  (D/B/A JOHN L. LOEB JR.), JOHN LANGELOTH LOEB JR., and SHARON HANDLER LOEB extended to Plaintiff DOMINGOS S. MARTINS DE MELO an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of two hundred thousand dollars and zero cents ($200,000.00);

WHEREAS on or about November 18, 2020, Defendants JOHN L. LOEB, JR. ASSOCIATES, INC.  (D/B/A JOHN L. LOEB JR.), JOHN LANGELOTH LOEB JR., and SHARON HANDLER LOEB extended to Plaintiff NUVIANA LEBOWITZ an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of twenty-five thousand dollars and zero cents ($25,000.00);

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of two hundred twenty-five thousand dollars and zero cents ($225,000.00) to consist of

two hundred thousand dollars ($200,000.00) for Plaintiff Domingos S. Martins De Melo and

twenty-five thousand dollars ($25,000.00) for Plaintiff Nuviana Lebowitz.

SO ORDERED.

Date: December 14, 2020
    New York, New York

JOHN P. CRONAN
United States District Judge